Prob 12 (10/09)
VAE (rev. 5/17)



FILED
FEB 28 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Darius J. Lard                                Docket No. 1:18MJ361

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Darius J. Lard, who was placed on supervision by the Honorable Ivan D. Davis, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 20th day of August, 2018, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: 1) the defendant must participate in a drug education or treatment program as directed by the probation officer; 2) the defendant must undergo substance abuse testing as directed by the probation officer; and 3) the defendant must return to court on August 20, 2019, if ordered to do so.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** March 26, 2019 @ 10:00 A.M.

**ORDER OF COURT**

Considered and ordered this 28th day of Feb, 2019 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2019

D. Gillespie
2019.02.28 12:05:46 -05'00'

Daniel D. Gillespie, Jr.
U.S. Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: Lard, Darius J.

OFFENSE: Possession of Marijuana.

SENTENCE: The defendant was sentenced to one (1) year pre-judgment probation pursuant to 18 U.S.C. §3607 with the special conditions as listed on page one (1).

ADJUSTMENT TO SUPERVISION: The defendant's overall adjustment has been marginal. He has reported to the probation office as directed, maintained a stable residence with his mother and has remained gainfully employed as a laborer with American Disposal Services. He also continues to participate in substance abuse treatment with National Counseling Group and has remained in compliance with the program requirements.

The defendant was initially under the supervision of U.S. Probation Officer Sherylle Gant and transferred to this officer in October 2018 for administrative reasons. In September 2018 the defendant failed to report for a scheduled drug test and admitted to Officer Gant that he had used marijuana on September 21, 2018. Officer Gant submitted a violation notice to the Court requesting no action in lieu of increased testing and participation in substance abuse treatment. The Court approved the no action request on October 12, 2018.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** **NEW LAW VIOLATION – FAILURE TO DISPLAY LICENSE TO A UNIFORMED OFFICER ON DEMAND.**

On February 3, 2019, in Harford County, Maryland, the defendant received a traffic citation for the above listed infraction following a traffic stop. The infraction carries a $50.00 fine should the defendant not wish to make a court appearance.

**STANDARD CONDITION:** **UNAUTHORIZED TRAVEL OUTSIDE THE JUDICIAL DISTRICT.**

On February 3, 2019, the defendant traveled to Philadelphia, Pennsylvania, without authorization from the probation officer. On February 6, 2019, the defendant admitted to this officer that he traveled without authorization when discussing the traffic citation that was issued in Harford County, Maryland.

**MANDATORY CONDITION:** **USE OF MARIJUANA.**

On February 6, 2019, the defendant submitted a urine specimen that screened and has since confirmed positive for marijuana metabolite reflecting new use of the substance.

**STANDARD CONDITION:** **PROVIDING UNTRUTHFUL INFORMATION TO THE PROBATION OFFICER.**

On February 6, 2019, while addressing the other above listed technical violations with this officer, and prior to submitted the above-referenced drug test, the defendant advised this officer that he had refrained from any illicit drug use since his last urinalysis submitted on January 18, 2019.

DDG/mbp
PTA